UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | CASE NO. 05-42548-H5-7 |
|---|---|---|
|  | § |  |
| Robert E Kettyle | § |  |
| Gillian F Kettyle | § | CHAPTER 7 |
|  | § |  |
| DEBTORS | § |  |

### APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

*************************************************************************
THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

*************************************************************************

TO THE HONORABLE Karen K. Brown
UNITED STATES BANKRUPTCY JUDGE:

      Randy W. Williams, chapter 7 trustee for the estate of Robert E Kettyle AND Gillian F Kettyle (the "Trustee") and files this Application for Trustee's Compensation and Expenses (the "Application") to request compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a)(1) and (a)(7). In support of the Trustee's Application, the trustee submits the following information:

1) On 09/14/2007, the trustee was duly appointed as the chapter 7 trustee.

2) Contemporaneously with the filing of the Trustee's Application, the Trustee has filed a Trustee's Final Report ("TFR") and a Notice of Trustee's Final Report ("NFR").

3) The following is a summary of the receipts and proposed distributions in the TFR:

| | |
|---|---:|
| The Final Report shows receipts of | $16,867.59 |
| and approved disbursements of | $7,510.34 |
| leaving a balance on hand of | $9,357.25 |

| Type of Claim | Total Amount of Allowed Claims | Anticipated Dividend |
|---|---:|---:|
| Secured | $0.00 | 0.00% |
| Chapter 7 Fees and Administrative Expenses | $10,053.20 | 100.00% |
| Prior Chapter Fees and Administrative Expenses | $0.00 | 0.00% |
| Priority | $0.00 | 0.00% |
| General Unsecured (Timely) | $108,153.20 | 6.30% |
| General Unsecured (Late) | $0.00 | 0.00% |
| Subordinated Unsecured | $0.00 | 0.00% |
| Surplus to Debtor | $0.00 | 0.00% |

4) Pursuant to 11 U.S.C. 326(a), the maximum compensation allowable to the trustee is $2,436.76 based on the total amount disbursed to parties in interest, except for amounts disbursed to the debtor, or to any entity, if the funds disbursed were not property of the estate, e.g. return of a sale deposit. See attached **Exhibit 1** for a detailed calculation of the compensation requested.

5) The trustee has received $0.00 of the maximum compensation allowable as interim compensation, and now requests $2,436.76 as final compensation, subject to additional compensation based on the disbursement of additional interest income to parties in interest.

6) In addition, the trustee requests $106.10 for reimbursement of reasonable and necessary expenses incurred in the administration of the estate. See attached **Exhibit 2** for an itemization of the trustee's expenses.

7) In the event additional interest income accrues on estate funds after the filing of the TFR and before distribution of funds by the trustee, the trustee requests approval of additional compensation based on the disbursement of this additional interest income to parties in interest without further Order of the Court.

8) Administrative expense less than $2,000.00

| Payment Date | Payee | Amount | Description |
|---|---|---|---|
| 10/09/2008 | George Adams & Co. | $76.44 | Bond Payment |
| 10/24/2007 | George Adams & Co. | $17.46 | Bond Payment |
| 10/29/2009 | George Adams & Co. | $29.15 | Bond Payment |
| 11/17/2010 | George Adams & Co. | $31.19 | Bond Payment |
| 12/07/2011 | George Adams & Co. | $11.19 | Bond Payment |
| 01/31/2012 | Green Bank | $20.13 | Bank Service Fee |
| 02/29/2012 | Green Bank | $18.80 | Bank Service Fee |
| 03/30/2012 | Green Bank | $20.72 | Bank Service Fee |
| 04/30/2012 | Green Bank | $18.74 | Bank Service Fee |
| 05/31/2012 | Green Bank | $20.01 | Bank Service Fee |
| 06/29/2012 | Green Bank | $19.04 | Bank Service Fee |
| 07/05/2011 | Green Bank | $20.05 | Bank Service Fee |
| 07/29/2011 | Green Bank | $17.72 | Bank Service Fee |
| 07/31/2012 | Green Bank | $14.63 | Bank Service Fee |
| 08/31/2011 | Green Bank | $20.31 | Bank Service Fee |
| 09/30/2011 | Green Bank | $20.94 | Bank Service Fee |
| 10/31/2011 | Green Bank | $18.94 | Bank Service Fee |
| 11/30/2011 | Green Bank | $19.56 | Bank Service Fee |
| 12/30/2011 | Green Bank | $20.17 | Bank Service Fee |

9) The trustee certifies that:

    A.    The trustee submitted a copy of this application to the United States Trustee before it was filed.

    B.    The United States Trustee has:

_____X____ Notified the trustee that the United States Trustee has no objection to the relief requested in this application.

_____ Notified the trustee that the United States Trustee objects to the relief requested in this application and intends to file an objection unless an amended application is filed within twenty-one (21 days).

_____ Failed to respond to the trustee within sixty (60) days of the date on which a copy of this application was submitted to the United States Trustee.

The chapter 7 trustee, requests approval of $2,436.76 in compensation and $106.10 in reimbursement of expenses.

Date: <u>12/18/2012</u>     By: <u>/s/ Randy W. Williams</u>
                                                          Randy W. Williams
                                                          Chapter 7 Trustee

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES was served on the Debtors, Debtors' counsel, and the United States Trustee by first class mail, postage prepaid, or by ECF transmission on the 18th day of December, 2012.

                        /s/ Randy W. Williams
                        Chapter 7 Trustee

**DEBTORS**
Robert E Kettyle and Gillian F Kettyle
3411 Kennonview Dr
Houston, TX 77068

**DEBTORS' COUNSEL**
Harlan H Guettermann
Attorney at Law
4422 FM 1960 W
Ste 410
Houston, TX 77068

**UNITED STATES TRUSTEE**
Office of the United States Trustee
515 Rusk, Room 3516
Houston, TX 77002

**Exhibit 1**

Include Trustee Compensation Calculation:
    (Show how trustee comp. is calculated)

| | |
|---|---:|
| Total Disbursements | $16,867.59 |
| 25% of $5,000.00 | $1,250.00 |
| 10% of $11,867.59 | $1,186.76 |
| Maximum Trustee Compensation | $2,436.76 |
| - minus Interim Compensation | $0.00 |
| Total Allowable Trustee Compensation | $2,436.76 |
| + plus Quantum Meruit | $0.00 |
| Amount Requested Herein | $2,436.76 |

**Exhibit 2**

| Date | Description | Quantity @ Rate | Total |
|---|---|---:|---:|
| 08/10/2012 | DELIVERY: TFR and TDR to UST | 2.00 @ $7.00 | $14.00 |
| 08/10/2012 | Copies: Financial File to UST | 228.00 @ $0.25 | $57.00 |
| 08/10/2012 | Postage: Distribution Checks | 8.00 @ $0.45 | $3.60 |
| 08/10/2012 | Copies: Trustee's Application for Comp - 3 copies | 21.00 @ $0.25 | $5.25 |
| 08/10/2012 | Copies: TFR - 3 Copies | 51.00 @ $0.25 | $12.75 |
| 08/10/2012 | Copies: TDR - 3 Copies | 42.00 @ $0.25 | $10.50 |
| 08/10/2012 | Copies: NFR - 3 Copies | 12.00 @ $0.25 | $3.00 |
| | | **Total:** | **$106.10** |